NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LEMANS CORPORATION,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1295

---

Appeal from the United States Court of International Trade in case no. 06-CV-0038, Judge Judith M. Barzilay.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 40-day extension of time, until November 30, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

OCT 2 0 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Thomas J. O'Donnell, Esq.
     Alexander Vanderweide, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 0 2010

JAN HORBALY
CLERK